[No. 15400-1-I. Division One. April 20, 1987.]

ROYAL G. SEIFFERT, JR., *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-09196-1, Liem E. Tuai, J., entered September 10, 1984. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Grosse, J., concurred in by Swanson and Webster, JJ.

[No. 17168-2-I. Division One. April 20, 1987.]

SNOHOMISH COUNTY, *Plaintiff,* ROSE SHAFFER, *Appellant,* v. COLLEEN KENNEDY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-02316-1, Robert C. Bibb, J., entered August 30, 1985. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Coleman, JJ.

[Nos. 15637-3-I; 15655-1-I. Division One. April 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID F. SIMMONS, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 84-1-00365-5, Gerald L. Knight, J., entered October 25, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.